# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL D. EALY,

    Petitioner,

v.

LVMPD DETENTION CENTER, et al.,

    Respondents.

Case No. 2:21-cv-00962-APG-DJA

**ORDER**

(ECF No. 1)

*Pro se* Petitioner Michael D. Ealy filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking release from the Clark County Detention Center where he was in the custody. ECF No. 1-1. Ealy submitted an application to proceed *in forma pauperis* ("IFP"). ECF No. 1. A notice was served on Ealy via U.S. Mail at his address of record. ECF No. 2. The noticed was returned as undeliverable with a notation indicating that Ealy is not in custody at the Clark County Detention Center. ECF No. 3.

The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id. See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

Petitioner has not filed a notice of change of address. As Petitioner has failed to comply with the Local Rules, it is therefore ordered that this action is dismissed without prejudice.

I THEREFORE ORDER:

1. This action is dismissed without prejudice based on Petitioner's failure to comply with the Local Rules.

2. A certificate of appealability is denied as jurists of reason would not find dismissal of

///

///

the petition to be debatable or wrong.

3. The Clerk of Court is instructed to enter final judgment accordingly and close this case.

Dated: July 9, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE